IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 219-cr-1 |
| ALEX CRIBB. | |

## AFFIDAVIT

NOW COMES, the above-stated defendant, and gives this affidavit stating that the address set forth in the within attached appearance bond (or personal recognizance) will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that he/she will immediately notify the Clerk's office for the Southern District of Georgia of any change in the above address, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that he/she moves without notifying the Clerk's office by an acceptable writing of a new address.

This 12th day of February, 2019.

_____
Defendant

Sworn to and subscribed before me
this 12th day of February, 2019.

_____
KIM MIXON
COURTROOM DEPUTY CLERK