# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR219-1**

DATE  **01/13/2020**

TITLE  **USA v. Alex Cribb**

TIMES  **1:30 - 3:02**

TOTAL  **1 Hour 32 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**

Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**

Interpreter :

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Katelyn Semales | | Keith Higgins | |

PROCEEDINGS :  **Sentencing**

☑ In Court
☐ In Chambers

 **Objections - Yes ; as to paragraphs 5, 18, 35, 42, 47, 54, 57, 86, 87**
 **As to those paragraphs not objected to, the Court adopts the findings of fact and conclusion**
 **of applicable advisory guidelines.**
 **Government witness Timothy Henry 1:37 - 1:43 / Defense cross 1:43 - 1:44 / Government 1:44**
 **Government witness NCIS S/A Kenney 1:44 - 1:59 / Defense cross 1:59 - 2:08 / Government 2:08**
 **Government exhibits A and B tendered and admitted without objection**
 **Defense exhibits 1 - 3 tendered and admitted without objection**
 **Government witness Connor Tourek 2:15 - 2:21 / Defense cross 2:21 - 2:28**
 **Government argument 2:28 -  2:33 / Defense argument 2:33 - 2:42**
 **The Court finds by a preponderance of the credible evidence that the objections are due to**
 **be overruled.**
 **The Court finds a total Offense Level 12 / Criminal History I / Guideline 10-16 Months /**
 **1-3 year supervised release / $5,500 - $250,000 fine / $100 special assessment /**
 **no minimum - 5 years maximum**
 **Defense argument 2:47 - 2:50 / Government 2:50 - 2:53 / Defendant 2:53 - 2:54**
 **\*Continue on page 2\***

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR219-1**                                                           DATE  **01/13/2020**

TITLE
   **USA v. Alex Cribb**

PROCEEDINGS (continued):  **Sentencing**

 **Court - BOP 3 months followed by 3 months home detention / restitution 22,825. 37 j/s**
 **with defendants Wallace , Anderson, Cross, Readon and Clasby / payments of**
 **minimum of $25 if non-unicore or 50% of monthly earnings if working unicore / upon release**
 **minimum payment of $100 per month / no fine / $100 special assessment / 3  years supervised**
 **release / standard, special and mandatory condition of release / DNA sample / no firearms**
 **or weapons / during home detention, restricted to residence unless for a pre-approved**
 **reason / access to requested financial information while restitution remains / not to**
 **open new lines of credit or be a co-signer / subject to searches / Counts 2 and 3 dismissed /**
 **appeal waiver / FCI Jesup to the extent space and security allow / Defendant to self surrender**
 **to the designated facility 30 days from today by 2:00 pm.**